

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JIMMY LEE SWEED, | | |
| | § | |
| Appellant, | | No. 08-16-00047-CV |
| | § | |
| V. | | Appeal from the |
| | § | |
| JAY L. NYE, JAIME ESPARZA, | | 243rd District Court |
| DISTRICT ATTORNEY OF EL PASO | § | |
| COUTY, TEXAS, EL PASO | | of El Paso County, Texas |
| DISTRICT ATTORNEY'S OFFICE, | § | |
| THE STATE OF TEXAS, AND THE | | (TC# 2005-5667) |
| ATTORNEY GENERAL OFFICE OF | § | |
| THE STATE OF TEXAS, | | |
| | § | |
| Appellees. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.